IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 7:11-CR-00005-HL-TQL-1 |
| STEVEN DANIELS | |

## ORDER ON MOTION FOR CONTINUANCE

Defendant Steven Daniels has moved the Court to continue the pre-trial hearing of his case, presently scheduled for March 29, 2011. Defendant is currently out on bond. Defendant state he has not been formally arraigned on the Indictment and no standard pre-trial order has been entered by the Court. As such, the Defense has been unable to file its Motion for Discovery. The Court finds that it is in the interests of justice to allow the parties to complete and review discovery and prepare any necessary pre-trial motions, and that these interests outweigh the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Unopposed Motion for Continuance [Doc. 13] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 11th day of March, 2011.

s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT COURT